**THORNTON DAVIDSON**, #166487
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail: thorntondavidson@aol.com

Attorneys for Plaintiff, ANN BROWNING

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN BROWNING, | Case No.: |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| UNIVERSITY OF SAN FRANCISCO GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Civil Rule L.R. 3-16, Plaintiff certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1.   Plaintiff;

2.   Defendant; and

3.   Defendant's Insurer, Sun Life Assurance Company of Canada.

Dated: July 6, 2007 _____

                                                                    /s/
                                              THORNTON DAVIDSON
                                              Attorney for Plaintiff,
                                              ANN BROWNING