# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ANN BROWNING

v.

UNIVERSITY OF SAN FRANCISCO GROUP LONG TERM DISABILITY PLAN

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C-07-3596 JL

TO: (Name and address of defendant)

Rev. Stephen A. Privett, S.J.
President--University of San Francisco
2130 Fulton Street
San Francisco, CA 94117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thornton Davidson
2055 San Joaquin Street
Fresno, CA 93721

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUL 1 1 2007
DATE_____

Helen L. Almacen
_____
(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>THORNTON DAVIDSON<br>ATTORNEYS AT LAW<br>ROBERT J. ROSATI - SBN # 112006<br>2055 SAN JOAQUIN STREET<br>FRESNO, CA 93721<br>TELEPHONE NO. (559) 256-9800    FAX NO.*(Optional)* (559) 256-9799<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: ANN BROWNING | FOR COURT USE ONLY |
|---|---|
| COURT NAME: UNITED STATES DISTRICT COURT<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: ,<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ANN BROWNING<br>DEFENDANT/RESPONDENT: UNIV. OF SAN FRANCISCO | CASE NUMBER:<br>C073596JL |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0T268823-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   - a. ☐ summons
   - b. ☐ complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      REV. STEPHEN A. PRIVETT, S.J. PRESIDENT--UNIVERSITY OF SAN FRANCISCO

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      CHITCHI TABORA, PERSON APPARENTLY IN CHARGE

      Age: 26; Sex: FEMALE; Hair: BLACK; Eyes: BROWN; Height: 5'6"; Weight: 140 LBS; Race: ASIAN; Marks:

4. Address where the party was served: 2130 FULTON STREET
                                        SAN FRANCISCO, CA 94117

5. I served the party *(check proper box)*
   - a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:        (2) at *(time)*:
   - b. ☒ **by substituted service:** On *(date)*: July 27, 2007   at *(time)*: 04:32 pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
        CHITCHI TABORA , PERSON APPARENTLY IN CHARGE

        (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
            *(date)*: 3 July 07   from *(city)*:        or ☒ a declaration of mailing is attached.

        (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # BROWNING V UCSF

318/0T268823-01

| PLAINTIFF/PETITIONER: ANN BROWNING | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UNIV. OF SAN FRANCISCO | C073596JL |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

      (1) on *(date)*:                            (2) from *(city)*:
      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
           ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
           ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
           ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
           ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
           ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                                         ☐ other:

7. **Person who served papers**
   a. Name:                   ALEX BULATAO
   b. Address:              1453 Mission Street, Ste 510, San Francisco, CA. 94103
   c. Telephone number:   Phone:(415) 437-6177, Fax:(415) 437-6175
   d. **The fee** for service was: $     80.40
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ Owner   ☒ employee   ☐ independent contractor.
          (ii) Registration No.: 2004-0000903
          (iii) County:       SAN FRANCISCO

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   OR

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    August 2, 2007

ALEX BULATAO                                                      Alex Bulatao
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)        (SIGNATURE)

Form Adopted for Mandatory Use           **PROOF OF SERVICE SUMMONS**           Page 2 of 2
Judicial Council of California POS-010                                                                                Code of Civil Procedure,§ 417.10
POS-010 [Rev. January 1, 2007]

Client File # BROWNING V UCSF

318/0T268823-01