J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
UNIVERSITY OF SAN FRANCISCO GROUP LONG TERM DISABILITY PLAN and SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN BROWNING, | CASE NO.: 07-3596 JL |
| Plaintiff, | **STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; [PROPOSED] ORDER** |
| vs. | Complaint Filed: July 11, 2007 |
| UNIVERSITY OF SAN FRANCISCO GROUP LONG TERM DISABILITY PLAN; SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office\10260\078\07Pleadings\Stipulation to Dismiss (fnl).doc

STIPULATION TO DISMISS ACTION IN ITS ENTIRETY

1  Plaintiff Ann Browning ("Plaintiff") and Defendants University of San Francisco Group
2  Long Term Disability Plan ("the Plan") and Sun Life Assurance Company of Canada ("Sun Life")
3  (hereinafter collectively "Defendants"), by and through their counsel of record, hereby stipulate to
4  dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 28, 2007                BARGER & WOLEN LLP

                                         By:  /s/ Kathleen E. Dyer
                                              J. RUSSELL STEDMAN
                                              KATHLEEN E. DYER
                                              Attorneys for Defendants
                                              UNIVERSITY OF SAN FRANCISCO
                                              GROUP LONG TERM DISABILITY
                                              PLAN and SUN LIFE ASSURANCE
                                              COMPANY OF CANADA

Dated: September 28, 2007                DAVIDSON & HAWKINS

                                         By:  /s/ Thornton Davidson
                                              THORNTON DAVIDSON
                                              Attorneys for Plaintiff
                                              ANN BROWNING

///
///
///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION TO DISMISS ACTION IN ITS ENTIRETY

-3-

### [PROPOSED] ORDER

The above-captioned matter is dismissed in its entirety with prejudice, all parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____, 2007

By: _____
HONORABLE JAMES LARSON
Chief Magistrate Judge
United States District Court

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION TO DISMISS ACTION IN ITS ENTIRETY